**FILED**
**SCRANTON**
**FEB 28 2017**
PER_____ /s/_____
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHELE SLAUGHTER,  :  Plaintiff  : | No. 3:16-CV-0429 |
| : | |
| v.  : | (Judge Nealon) |
| : | |
| CAROLYN W. COLVIN,  : Acting Commissioner of Social Security,  :  Defendant  : | (Magistrate Judge Carlson) |

## ORDER

**AND NOW, THIS 28TH DAY OF FEBRUARY, 2017**, in accordance with the Memorandum issued this date, **IT IS HEREBY ORDERED THAT**:

1. The Magistrate Judge's Report and Recommendation, (Doc. 15), is **ADOPTED**;

2. Plaintiff's appeal of the decision of the Commissioner of the Social Security Administration, (Doc. 1), is **GRANTED**;

3. The Commissioner's decision denying Plaintiff Michele Slaughter disability insurance benefits and supplemental security income is **VACATED**;

4. The matter is **REMANDED** to the Commissioner of the Social Security Administration for a new administrative hearing;

5. Judgment is **ENTERED** in favor of Plaintiff and against Defendant; and

6. The Clerk of Court is directed to **CLOSE** this case.

/s/ William J. Nealon
**United States District Judge**